

# IN THE
# TENTH COURT OF APPEALS

─────────────

### No. 10-09-00053-CV

─────────────

**SIGNAD, LTD,**

                                  **Appellant**

 **v.**

**JAMES BRAY,**

                                  **Appellee**

─────────────

### From the 12th District Court
### Madison County, Texas
### Trial Court No. 08-11626-012-10

─────────────

## MEMORANDUM OPINION

─────────────

This is an appeal from the granting of a motion for summary judgment. We abated this appeal in order for the trial court to state its intent as to whether or not the judgment entered was final for purposes of appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). The trial court has entered an agreed order stating that the order previously entered by the trial court is not a final judgment for purposes of appeal. Accordingly, this Court does not have jurisdiction over this appeal. *See* TEX. R. APP. P. 42.3(a). Therefore, this appeal is dismissed for want of jurisdiction.

                                         TOM GRAY
                                         Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Dismissed
Opinion delivered and filed April 14, 2010
[CV06]